

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00190-CV

## IN RE JASON COALSON AND JESSICA COALSON

**Original Proceeding**

**From the 220th District Court**
**Hamilton County, Texas**
**Trial Court No. CV07519**

## MEMORANDUM OPINION

This proceeding was referred to mediation. In November of 2022, the Court was informed that the underlying case in this proceeding had settled. By letter dated January 4, 2023, the Clerk of this Court notified Relators that because the underlying case had settled, the proceeding may have become moot; however no motion to dismiss this proceeding had been filed. The Clerk further warned Relators that this proceeding would be dismissed unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the proceeding.

In response to the Clerk's letter, Relators provided the Court with a copy of an order from the trial court, dated December 21, 2022, dismissing the underlying case.

Accordingly, this proceeding is moot and is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition dismissed
Opinion delivered and filed January 18, 2023
[OT06]

